IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>CHRISTIAN SALACINSKI & SAL CONSTRUCTION, LLC,<br><br>    Defendants. | CV 20-96-BLG-TJC<br><br>**ORDER** |

 Pursuant to the parties' Joint Stipulation for Dismissal With Prejudice (Doc. 29), and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

 DATED this 28th day of December 2020.

              _____
              TIMOTHY J. CAVAN
              United States Magistrate Judge